Zachary M. Best, SBN 166035
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: service@moorelawfirm.com

Attorneys for Plaintiff
Francisca Moralez

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCA MORALEZ,<br><br>        Plaintiff,<br><br>  vs.<br><br>PRICE-SIMMS FORD, LLC dba FORD LINCOLN FAIRFIELD, et al.,<br><br>        Defendants. | No. 2:17-cv-02300-JAM-AC<br><br>**STIPULATION GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT; ORDER** |

**IT IS HEREBY STIPULATED** by and between Plaintiff, Francisca Moralez ("Plaintiff"), and Defendants, Price-Simms Ford, LLC dba Ford Lincoln Fairfield, and Fairfield RE F, LLC ("Defendants," and together with Plaintiff, the "Parties"), the parties hereto, through their respective attorneys of record, that Plaintiff may file a First Amended Complaint, a copy of which is attached hereto as Exhibit "A." This amendment will not modify any date or deadline fixed by the Court, and is not prejudicial to Defendants, proposed in bad faith, or futile.

**IT IS FURTHER STIPULATED** that Plaintiff will file her First Amended Complaint within five (5) calendar days of the Court's Order permitting such filing, and that Defendants

will file a responsive pleading within fourteen (14) calendar days of the filing of the First Amended Complaint.

**IT IS SO STIPULATED**.

Dated: March 20, 2019                    MOORE LAW FIRM, P.C.

                                                          */s/ Zachary M. Best*
                                                          Zachary M. Best
                                                          Attorneys for Plaintiff
                                                          Francisca Moralez

Dated: March 20, 2019                    McKAGUE | ROSASCO LLP

                                                          */s/ Dawn M. Berry*
                                                          Erica L. Rosasco
                                                          Dawn M. Berry
                                                          Attorneys for Defendants,
                                                          Price-Simms Ford, LLC dba Ford Lincoln
                                                          Fairfield, and Fairfield RE F, LLC

## ORDER

The Parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that Plaintiff shall file her First Amended Complaint, a copy of which was filed with the Parties' stipulation, within five (5) calendar days of the date this Order is filed.

**IT IS FURTHER ORDERED** that Defendants shall file a response to the First Amended Complaint within fourteen (14) days of its filing.

**IT IS SO ORDERED**.

Dated: 3/21/2019                            /s/ John A. Mendez
                                                    United States District Court Judge